■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS FULTON, Appellant. [919 NYS2d 457]

Concur—Mazzarelli, J.P., Saxe, Friedman, Acosta and Freedman, JJ.